UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x
UNITED STATES OF AMERICA            :
                                    :
        -against-                   :         ORDER
                                    :
                                    :         17CR350-10(LAP)
Evgheni Melman                      :         Docket #
------------------------------------x

Loretta A. Preska, DISTRICT JUDGE:
Judge's Name

The C.J.A. attorney assigned to this case
Irving Cohen _____ is hereby ordered substituted
Attorney's Name

and the representation of the defendant in the above captioned
matter is assigned to Michael Bloch _____, NUNC-PRO-TUNC May 24, 2023
                     Attorney's Name

                                    SO ORDERED.

                                    _____
                                    UNITED STATES DISTRICT JUDGE

Dated: May 24, 2023
       New York, New York