```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------x
United States of America,            :
                                     :
                                     :    17 CR 350-10 (LAP)
                    Plaintiff(s),    :
                                     :    SCHEDULING ORDER
      -against-                      :
                                     :
Evgheni Melman,                      :
                                     :
                    Defendant(s).    :
                                     :
-------------------------------------x
```

LORETTA A. PRESKA, Senior United States District Judge:

It is hereby

ORDERED that counsel and the defendant are directed to appear in courtroom 12A, or such other courtroom as may be designated, United States Courthouse, 500 Pearl Street, New York, New York 10007 on September 7, 2023 at 10:00 a.m. for a sentencing in the above action.

SO ORDERED.

*Loretta A. Preska* (signature)

_____

Loretta A. Preska, Senior U.S.D.J.

Dated:   New York, New York
         May 24, 2023