**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

September 7, 2023

**BY ECF**

Hon. Loretta A. Preska
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:     *United States v. Evgheni Melman*, 17 Cr. 350 (LAP)

Dear Judge Preska:

    The Government writes respectfully to request that the Court reschedule sentencing for defendant Evgheni Melman to a date in May 2024. The Government understands from defense counsel that the additional time will be useful to permit defense counsel, whose representation of the defendant began in May 2023, to prepare fully for the sentencing hearing and to explore immigration-related issues that may be relevant to Court's evaluation of an appropriate sentence. From correspondence with Chambers, the Government understands that May 15, 2024 at 10:00 a.m. may be convenient for the Court to hold sentencing; the Government and the defense are available at that time.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

by: Andrew Thomas
Assistant United States Attorney
(212) 637-2106

*[Handwritten:]* Sentencing is adjourned to May 15 at 10:00

SO ORDERED
*/s/ Loretta A. Preska*
LORETTA A. PRESKA
UNITED STATES DISTRICT JUDGE

Sept. 8, 2023