# BLOCH & WHITE LLP

90 BROAD STREET, SUITE 703
NEW YORK, NEW YORK 10004
(212) 702-8670
WWW.BLOCHWHITE.COM

DIRECT DIAL: (212) 901-3820
DIRECT E-MAIL: MBLOCH@BLOCHWHITE.COM

February 19, 2026

**Via ECF**

The Honorable Loretta A. Preska
United States District Judge
U.S. District Court for the Southern District of New York
500 Pearl Street
New York, New York 10007

> **Re:** *United States v. Evgheni Melman*, **17 Cr. 350 (LAP)**

Dear Judge Preska,

Defense counsel writes respectfully to request an adjournment of Mr. Evgheni Melman's sentencing submission, currently scheduled for February 23, 2026, and hearing, currently scheduled for March 9, 2026, at 10:00 a.m. Defense requests adjournment to a date after September 1, 2026, convenient for the Court. The Government has consented to this request. We request this adjournment to allow Mr. Melman to continue to engage with the Government and others on issues that may be relevant to the resolution of this case and because defense counsel is currently on trial in another case in the S.D.N.Y.

We thank the Court for its consideration of this request.

Respectfully submitted,

*Michael Bloch*

Michael L. Bloch

BLOCH & WHITE LLP
Michael L. Bloch, Esq.
90 Broad Street, Suite 703
New York, New York 10004
(212) 901-3820
mbloch@blochwhite.com

**SO ORDERED.**

*Loretta A. Preska*
_____
Loretta A. Preska
United States District Judge

February 19, 2026