UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

                Plaintiff,

-against-

EVGHENI MELMAN,

                Defendant.

---

17-CR-350 (LAP)

ORDER

LORETTA A. PRESKA, Senior United States District Judge:

Defendant's sentencing hearing is adjourned to September 10, 2026 at 11:00 AM.

**SO ORDERED.**

Dated:    New York, New York
         March 2, 2026

_____
LORETTA A. PRESKA
Senior United States District Judge